AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      CALIFORNIA

**APPEARANCE**

Case Number: 08mj1820-01

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ROBERTO JAYME MEDINA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/13/2008 | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD    244391 |
| | Print Name    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number    Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>            Plaintiff, )<br>  )<br>v. )<br>  )<br>ROBERTO JAYME MEDINA, )<br>  )<br>            Defendant. )<br>_____ ) | Case No. 08mj1820-01<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  June 13, 2008                      /s/  Erick  L.  Guzman
                                                                ERICK L. GUZMAN
                                                                Federal Defenders
                                                                225 Broadway, Suite 900
                                                                 San Diego, CA 92101-5030
                                                                (619) 234-8467  (tel)
                                                                (619) 687-2666  (fax)
                                                                E-mail: erick_guzman@fd.org