UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Roberto Jayme Medina, et al ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mj1820 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/(Magistrate Judge),

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted)/ Case Disposed / Order of Court).

Paulo Estrada - Ceja

DATED: 7/2/08

RUBEN B. BROOKS
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
              DUSM

W. SAMUEL HAMRICK, JR.  Clerk
                             J. PARIS
by _____
       Deputy Clerk