UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Roberto Jayne Medina, et) al<br><br>Defendant(s) | CRIMINAL NO. 08mj1820<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/(Magistrate Judge),

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Jorge Estrada-Ceja

DATED: 7/2/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____         OR
          DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____    J. PARIS
       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082