UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08CR2125-WQH |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Roberto Medina et al.; | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Jorge Estrada-Ceja

DATED: 8/12/08

RECEIVED _____
         DUSM

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
V. Lee   Deputy Clerk